UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANEQUA G.,[1] on behalf of Z.G.,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 22cv354-LR<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) [ECF NO. 18]** |

Presently before the Court is the parties' "Joint Motion for the Award of Fees Under the Equal Access to Justice Act" ("Joint Motion"). (ECF No. 18.) Having considered the Joint Motion and the applicable law, the Court **GRANTS** the Joint Motion.

/ / /

/ / /

/ / /

/ / /

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

Accordingly, fees and expenses in the amount of $9,000, as authorized by 28 U.S.C. § 2412(d), are awarded subject to the terms of the Joint Motion.

**IT IS SO ORDERED.**

Dated: December 27, 2022

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge